# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Dallas Buyers Club, LLC.

                          Plaintiff,

v.                                     Case No.: 1:14–cv–04940
                                           Honorable Harry D. Leinenweber

Does 1–44

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 16, 2014:

      MINUTE entry before the Honorable Harry D. Leinenweber:Motion hearing held on 9/16/2014. Pursuant to plaintiff's notice of voluntary dismissal, Doe # 27 is dismissed with prejudice; Doe #15 is dismissed without prejudice and Doe #22 is dismissed without prejudice. Defendant's Motion to quash [15] is denied as moot. John Doe's Motion to Sever [20] is denied as moot. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.